IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDGAR REYES, §<br>    Plaintiff, §<br>§<br>vs. §<br>§<br>JACQUELINE STILWELL and §<br>STILWELL, INC. d/b/a §<br>ROAD HOUSE BAR AND GRILL, §<br>    Defendants. § | CIVIL ACTION NO: H-06-1520<br>JURY |

## FINAL JUDGMENT

The Court having entered a default judgment on November 17, 2006, and the Court by this judgment having ruled on the remaining items regarding the amount of damages and attorney's fees to be awarded Plaintiff, based on evidence presented to this Court at a hearing on January 5, 2007, it is

ORDERED and ADJUDGED that Plaintiff Edgar Reyes shall have and recover of from Defendants, Jacqueline Stilwell and Stilwell, Inc. d/b/a Road House Bar and Grill, jointly and severally, the amount of Ten Thousand Two Hundred Thirty and 00/100 Dollars ($10,230) in actual damages, and additional Ten Thousand Two Hundred Thirty and 00/100 Dollars ($10,230) as liquidated damages under the Fair Labor Standards Act, and attorney's fees of Four Thousand Four Hundred Twenty and 00/100 Dollars ($4,420), for a total judgment of Twenty Four Thousand Eight Hundred Eighty 00/100 ($24,880), together with interest on

all unpaid portions thereof from the date of this judgment until paid at the rate of 5.24% per annum, compounded annually.

Plaintiff Edgar Reyes is awarded his costs for which Defendants, Jacqueline Stilwell and Stilwell, Inc. d/b/a Road House Bar and Grill are jointly and severally liable.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Final Judgment.

Signed at Houston, Texas on this the 5 day of January 2007.

_____
U.S. DISTRICT JUDGE PRESIDING